■ FLORENCE SERIO, as Administratrix of the Estate of GEORGE N. SERIO, Deceased, v. FLORIN REALTY CORP. SAMUEL YATES et al., Doing Business under the Name of SAMUEL YATES & Co.— Motion for leave to reargue or for leave

to appeal to the Court of Appeals denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.